# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | | |
|---|---|---|
| WILLIAM ASHLEY WALDO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CV410-304 |
| | ) | |
| ENERGIZER PERSONAL CARE, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Presently before the Court are a host of motions from pro se plaintiff William Ashley Waldo. First, he moves for a response to his amended complaint. (Doc. 46.) Waldo filed his complaint on November 29, 2011 along with his motion for a response. (Doc. 45.) Defendant timely answered on December 13, 2011. (Doc. 48.) Waldo's motion for a response was premature and unnecessary, and it has since been rendered moot. Accordingly, that motion (doc. 46) is **DENIED**.

Next, Waldo moves to block defendant's attorney, Adriana R. Midence, from pro hac vice admission since she allegedly failed to copy

plaintiff with a copy of her pro hac vice application.[1] (Doc. 49.) Later that same day, Midence submitted her motion for pro hac vice admission and served a copy of that motion on plaintiff. (Doc. 52.) Hence, there was no pro hac vice application to serve upon Waldo at the time he filed his motion. The motion to block (doc. 49) is meritless, hence it is also **DENIED**.

Waldo also moves to compel defendant to initiate discovery. (Doc. 50.) The parties have yet to meet for their Fed. R. Civ. P. 26(f) conference, so discovery has yet to begin. *See* Fed. R. Civ. P. 26(a)(1)(C) (initial disclosures are made within 14 days after the parties' Rule 26(f) conference). Waldo's motion to compel (doc. 50) is thus **DENIED**.

Finally, Waldo seeks an "extension" until February 15, 2012. (Doc. 47.) He explains that he is recovering from lung cancer surgery and is scheduled to undergo chemotherapy. (*Id.*) He requests the time so that he can focus on his family and his recuperation. (*Id.*) Waldo's motion is **GRANTED**. The parties shall submit their Rule 26(f) report before February 22, 2012. This case is **STAYED** until the Court

---

[1] She was listed as counsel on defendant's answer, along with a notation that her motion for pro hac vice admission was forthcoming. (Doc. 48 at 12.)

2

receives the Rule 26(f) report.

**SO ORDERED** this  5th  day of January, 2012.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA